AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

DEC 0 2 2021

TAMMY H. DOWNS, CLERK
By: 
DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) (For **Revocation** of Probation or Supervised Release) |
| ASHTON DEVONDREA BAILEY | ) |
| | ) Case No.  4:21-cr-00007-JM-1 |
| | ) USM No.  31571-045 |
| | ) |
| | ) ____J. Brooks Wiggins____ |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   7, 8, 9, and 10   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 7 - Mandatory (3) | Unlawful use of a controlled substance | 01/04/2021 |
| 8 - Standard (2) | Failure to report to probation office as directed | 03/31/2021 |
| 9 - Standard (5) | Failure to notify probation office of change in residence | 03/31/2021 |
| 10 - Standard (7) | Failure to maintain employment as directed | 02/28/2021 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The government did not proceed on violations 1, 2, 3, 4, 5, and 6, therefore, the defendant is discharged as to such violations.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  5596

Defendant's Year of Birth:  1991

City and State of Defendant's Residence:
Jacksonville, Arkansas

12/02/2021
Date of Imposition of Judgment

_____
Signature of Judge

JAMES M. MOODY JR., U.S. DISTRICT JUDGE
Name and Title of Judge

12/2/21
Date

Judgment — Page 2 of 2

DEFENDANT: ASHTON DEVONDREA BAILEY
CASE NUMBER: 4:21-cr-00007-JM-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

24 MONTHS to run consecutive to any sentence imposed as a result of the North Little Rock charges contained in violation no. 3 of the superseding motion to revoke or subsequent indictment thereof; with no term of supervised release to follow in this case

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in residential substance abuse treatment during incarceration.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL